# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE JAMES L. BAKER, officer, director or shareholder of K & L Associates, Inc., and JANICE E. BAKER, officer, director or shareholder of K & L Associates, Inc., <br><br> Debtors. | BAP No.   CO-05-109 |
| DANIEL A. HEPNER, Trustee, <br><br> Plaintiff – Appellee, <br><br> v. <br><br> AMERICREDIT FINANCIAL SERVICES, INC., <br><br> Defendant – Appellant. | Bankr. No.   04-32920-HRT <br> Adv. No.   05-01111-HRT <br> Chapter   7 <br><br> ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT <br><br> November 8, 2005 |

Daniel A. Hepner, Trustee, an appellee in this appeal, has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

(1) This appeal is transferred to the United States District Court for the District of Colorado.

(2) Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) Pending completion of the record, the case file is transmitted to the United States Bankruptcy Court. It is requested that the Bankruptcy Court acknowledge receipt of the case file listed above by returning one copy of this order, signed in the space

Attested by:
Barbara A. Schermerhorn, Clerk
Deputy Clerk
United States Bankruptcy Appellate Panel of the Tenth Circuit
A True Copy

indicated below.

For the Panel:

Barbara A. Schermerhorn, Clerk of Court

By: *[signature]*
Deputy Clerk

Please acknowledge receipt of the case file listed above.

Dated: 11/10/05

Signed: *Christine Eckhardt*
Bankruptcy Court Deputy Clerk