IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-02284-JLK**

In re:

**JAMES L. BAKER**
**o/d/s K&L ASSOCIATES, INC. and**

**JANICE E. BAKER**
**o/d/s K&L ASSOCIATES, INC.**

   Debtors ,

**DANIEL A. HEPNER, Chapter 7 Trustee**

   Plaintiff /Appellee,

v.

**AMERICREDIT FINANCIAL SERVICES INC.**

   Defendant/Appellant.

---

Civil Action No. **06-cv-00169-JLK**

In re:

**WILLIAM DAVID WILSON and**

**CHERYL ANN WILSON,**

   Debtors.

**CHARLES C. SCHLOSSER, Chapter 7 Trustee**

   Plaintiff /Appellee,

v.

**DAIMLERCHRYSLER SERVICES AMERICAS LLC,**
**successor by merger to DaimlerChrysler North America, LLC.**

   Defendant/Appellant.

Civil Action No. **06-cv-00197-JLK**

In re:

**DEMETRA RAMEY and**

**JAMES RAMEY**

       Debtors.

**DANIEL A. HEPNER, Chapter 7 Trustee**

       Plaintiff /Appellee,

v.

**DAIMLERCHRYSLER SERVICES AMERICAS LLC,**
**successor by merger to DaimlerChrysler North America, LLC.**

       Defendant/Appellant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

On or before February 19, 2007, the parties shall confer and submit a joint statement\briefing regarding the jurisdictional issues raised by the 10th Circuit.

Dated: January 29, 2007